THE JARL COMPANY, Appellant, v. THE VILLAGE OF CROTON-ON-HUDSON and Its Trustees, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ.

IKE KOLODNY, Respondent, v. JAMES A. SYNAN, Appellant.— Order of the County Court of Westchester county affirming judgment of the City Court of Yonkers unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

GERTRUDE KWASNIEWSKI, Appellant, v. ALBERT BORNSTEIN and SADYE BORNSTEIN, Defendants, Impleaded with DAVID DOWS, as Sheriff of Nassau County, Respondent.— Order affirmed, with ten dollars costs and disbursements. Although the judgment was rendered in the Municipal Court of the City of New York, a transcript thereof filed, the judgment docketed in the office of the clerk of Queens county, and a transcript of that docket filed and docketed in the office of the clerk of Nassau county, the body execution recites that the judgment was rendered in the Supreme Court and that the judgment roll was filed in the office of the clerk of the county of Queens. No mention is made of the filing of the transcripts. The body execution also recites that the judgment was in favor of one of the defendants, and the sheriff was directed by the body execution to arrest the judgment debtor, who, according to this body execution, was the plaintiff, who, in fact, was the judgment creditor. If the sheriff had obeyed the directions of this body execution he would have arrested the person who had filed the execution with him. Under these circumstances, there is no warrant for holding the sheriff in contempt. Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ., concur.

BLANCHE I. McCOY, Appellant, v. YONKERS RAILROAD COMPANY, Respondent, and THE CITY OF YONKERS, Defendant.— Judgment unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

WOLF NATELSON, Appellant, v. DROESCH REALTY CORPORATION and Others, Defendants; DAVID ISENBERG, as Receiver, etc., and KINGS COUNTY SAVINGS BANK, Respondents.— Order amending order of September 2, 1932, settling the receiver's accounts, modified by striking out the following: " less the amount of $444.36 which was stolen through no fault of the receiver," and as so modified affirmed, without costs. It appears that the moneys stolen without any fault on the part of the receiver were August rents. As this rent was to go to the Kings County Savings Bank pursuant to the order of August 22, 1932, the loss must be chargeable to that institution and not to the plaintiff, Natelson. Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ., concur.

BARBARA RICHARDS, an Infant, by Her Guardian ad Litem, JOSEPH A. RICHARDS, Respondent, v. THE CITY OF NEW YORK, Appellant. JOSEPH A. RICHARDS, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ.